167 A.3d 656

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SHANE MICHAEL BURNS (A/K/A SHANE
BURNES), DEFENDANT–PETITIONER.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000917–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

167 A.3d 656

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
DARREN FORDHAM, DEFENDANT–PETITIONER.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002353–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.